IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-00627 |
| | ) | |
| PAWEL HARDEJ, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Judge Janet S. Baer |
| | ) | |
| | ) | Hearing Date: 08/27/14 at |
| | ) | 9:30 a.m. |

Order Granting Motion to Reopen Case for the Purpose of Administering
Assets, to Defer Filing Fee and to Direct the Appointment of a Trustee

THIS MATTER coming on to be heard upon the Motion to Reopen Case for the Purpose of Administering Assets, to Defer Filing Fee and to Direct the Appointment of a Trustee filed on behalf of Gregg E. Szilagyi, formerly Trustee for the bankruptcy estate of the above Debtor, due notice having been given and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. This case is hereby reopened for the purpose of administering assets;

2. The filing fee to reopen the case shall be deferred until such time as the ~~successor~~ trustee has sufficient assets from which the applicable fee can be paid; and

3. The United States Trustee is authorized and directed to appoint a ~~successor~~ trustee in this case to protect the interests of creditors and to insure the efficient administration of the case.

Dated:

8/27/14

ENTER:

_____
Honorable Janet S. Baer
United States Bankruptcy Judge

**Prepared by:**

Joel H. Shapiro
Kamenear Kadison Shapiro & Craig
20 North Clark Street, Suite 2200
Chicago, IL 60602
(312) 332-0490