# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAWEL HARDEJ | § | Case No. 13-00627 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/08/2013 .  The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          25,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,234.00 |
| Bank service fees | 320.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          20,445.54

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/16/2015  and the deadline for filing governmental claims was  01/16/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/28/2015                        By:/s/GREGG SZILAGYI
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 13-00627 | JSB | Judge: | Janet S. Baer | Trustee Name: | GREGG SZILAGYI |
| Case Name: | PAWEL HARDEJ | | | | Date Filed (f) or Converted (c): | 01/08/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2013 |
| For Period Ending: | 10/28/2015 | | | | Claims Bar Date: | 01/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INTEREST IN METROPOLITAN DEVELOPMENT ENTERPRISES, INC. (u) | Unknown | 0.00 | | 25,000.00 | FA |
| 2. BANK ACCOUNT - checking with TCF Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS - misc used household goods furnishings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. WEARING APPAREL - necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. INTERESTS IN INSURANCE POLICIES - term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 6. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO XC&) 2009 Wagon 4D | 16,725.00 | 14,325.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT - laptop computer and personal office furni | 800.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $20,025.00          $15,325.00          $25,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/01/2015          Current Projected Date of Final Report (TFR): 10/01/2015

Case 13-00627   Doc 66   Filed 10/29/15   Entered 10/29/15 13:09:40   Desc Main

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document  Page 4 of 11   FORM 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-00627 | | | | Trustee Name: GREGG SZILAGYI | | Exhibit B |
| Case Name: PAWEL HARDEJ | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX2864 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX8295 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 10/28/2015 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1 | RCE2, LLC | PURCHASE OF MDE, INC | 1129-000 | $2,500.00 | | $2,500.00 |
| 10/16/14 | 1 | RCE2, LLC | PURCHASE OF MDE, INC | 1129-000 | $22,500.00 | | $25,000.00 |
| 10/21/14 | 101 | CITIBANK MC | AD IN TRIB AUCTION MART AUTHORIZED PER COURT ORDER | 2410-000 | | $4,108.00 | $20,892.00 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.59 | $20,873.41 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.03 | $20,843.38 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.99 | $20,812.39 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.94 | $20,781.45 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.91 | $20,753.54 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.85 | $20,722.69 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.82 | $20,692.87 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.76 | $20,662.11 |
| 06/10/15 | 102 | ILLINOIS DEPARTMENT OF REVENUE | TAX PAYMENT DUE | 2810-000 | | $126.00 | $20,536.11 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.64 | $20,506.47 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                    Page Subtotals:                    $25,000.00        $4,493.53

Case 13-00627    Doc 66    Filed 10/29/15    Entered 10/29/15 13:09:40    Desc Main

**FORM 2**

Document    Page 5 of 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  13-00627

Case Name:  PAWEL HARDEJ

Trustee Name:  GREGG SZILAGYI

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX2864

Checking

Taxpayer ID No:  XX-XXX8295

For Period Ending:  10/28/2015

Blanket Bond (per case limit):  $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $30.49 | $20,475.98 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $30.44 | $20,445.54 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $25,000.00 | $4,554.46 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $4,554.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $4,554.46 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2864 - Checking | $25,000.00 | $4,554.46 | $20,445.54 |
|  | $25,000.00 | $4,554.46 | $20,445.54 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-00627-JSB                                                                    Date: October 28, 2015

Debtor Name: PAWEL HARDEJ

Claims Bar Date: 1/16/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | GREGG SZILAGYI 542 South Dearborn Street Suite 1400 Chicago, Illinois 60605 | Administrative Payment Status: Valid To Pay | | $0.00 | $3,250.00 | $3,250.00 |
| 100 2700 | Clerk of the U. S. Bankruptcy Court 219 S. Dearborn Street Chicago, Il 60604 | Administrative Payment Status: Valid To Pay | DEFERRED REOPENING FEE | $0.00 | $0.00 | $260.00 |
| 100 3210 | Kamenear Kadison Shapiro & Craig 20 North Clark Street Suite 2200 Chicago, Illinois 60602 | Administrative Payment Status: Valid To Pay | INCLUDES VOLUNTARY REDUCTION IN FEES AT REQUEST OF TRUSTEE | $0.00 | $8,943.00 | $8,943.00 |
| 100 3220 | Kamenear Kadison Shapiro & Craig 20 North Clark Street Suite 2200 Chicago, Illinois 60602 | Administrative Payment Status: Valid To Pay | | $0.00 | $1,317.75 | $1,317.75 |
| 100 3410 | POPOWCER KATTEN LTD. 35 EAST WACKER DRIVE CHCIAGO, ILLINOIS 60601 | Administrative Payment Status: Valid To Pay | | $0.00 | $925.00 | $925.00 |
| 3 210 5100 | Jolanata Dominik-Hardej 1431 West Wrightwood Avenue Chicago, Il 60614 | Priority Payment Status: Valid To Pay | Date Filed: 11/10/2014 | $0.00 | $148,706.76 | $148,706.76 |
| 1 300 7100 | Scott Casty Pokorny & Marks, Llc Attn: Spencer Marks 6 West Hubbard Street, Ste 700 Chicago, Il 60654 | Unsecured Payment Status: Valid To Pay | Date Filed: 10/21/2014 | $0.00 | $2,300,077.21 | $2,300,077.21 |
| 2 300 7100 | Acura Financial Services P.O. Box 168088 Irving, Tx 75016-8088 | Unsecured Payment Status: Valid To Pay | Date Filed: 10/23/2014 | $0.00 | $2,779.67 | $2,779.67 |
| 4 300 7100 | Tri State Adjustments Po Box 882 Freeport, Il 61032 | Unsecured Payment Status: Valid To Pay | Date Filed: 11/10/2014 | $0.00 | $132.23 | $132.23 |

Printed: October 28, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-00627-JSB

Debtor Name: PAWEL HARDEJ

Claims Bar Date: 1/16/2015

Date: October 28, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Tri State Adjustments<br>Po Box 882<br>Freeport, Il 61032 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/10/2014 | $0.00 | $72.48 | $72.48 |
| 7<br>300<br>7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/29/2014 | $0.00 | $35,308.58 | $35,308.58 |
| 8<br>300<br>7100 | Albany Bank & Trust Company,<br>Na<br>Albany Bank<br>Brenda Helms<br>3400 W Lawrence Ave<br>Chicago, Il 60625 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/16/2015 | $0.00 | $143,250.00 | $143,250.00 |
| 9<br>300<br>7100 | Fidelity National Title Insurance<br>Company<br>C/O Yousef Sarandah<br>Fidelity National Law Group<br>10 S. Lasalle Street, Suite 2750<br>Chicago, Il 60603 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/16/2015 | $0.00 | $273,500.00 | $273,500.00 |
| 6<br>400<br>4110 | Bank Of America<br>4161 Piedmont Pkwy<br>Nc4-105-02-99<br>Greensboro, Nc 27410 | Secured<br>Payment Status:<br>Invalid | Date Filed: 12/08/2014<br><br>DISALLOWED PER COURT ORDER ON 7/29/15 | $0.00 | $20,753.10 | $20,753.10 |
| | Case Totals | | | $0.00 | $2,939,015.78 | $2,939,275.78 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: October 28, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00627
Case Name: PAWEL HARDEJ
Trustee Name: GREGG SZILAGYI

Balance on hand                                            $          20,445.54

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $       3,250.00 | $          0.00 | $       3,250.00 |
| Attorney for Trustee Fees: Kamenear Kadison Shapiro & Craig | $       8,943.00 | $          0.00 | $       8,943.00 |
| Attorney for Trustee Expenses: Kamenear Kadison Shapiro & Craig | $       1,317.75 | $          0.00 | $       1,317.75 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $         925.00 | $          0.00 | $         925.00 |
| Charges: Clerk of the U. S. Bankruptcy Court | $         260.00 | $          0.00 | $         260.00 |

Total to be paid for chapter 7 administrative expenses          $          14,695.75

Remaining Balance                                               $           5,749.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 148,706.76  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Jolanata Dominik-Hardej | $     148,706.76 | $        0.00 | $      5,749.79 |

| | | | | |
|---|---|---|---|---|
| | Total to be paid to priority creditors | | $ | 5,749.79 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,755,120.17  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Scott Casty | $     2,300,077.21 | $        0.00 | $        0.00 |
| 2 | Acura Financial Services | $        2,779.67 | $        0.00 | $        0.00 |
| 4 | Tri State Adjustments | $         132.23 | $        0.00 | $        0.00 |
| 5 | Tri State Adjustments | $          72.48 | $        0.00 | $        0.00 |
| 7 | Fsb American Express Bank | $       35,308.58 | $        0.00 | $        0.00 |
| 8 | Albany Bank & Trust Company, Na | $      143,250.00 | $        0.00 | $        0.00 |
| 9 | Fidelity National Title Insurance Company | $      273,500.00 | $        0.00 | $        0.00 |

| | | | | |
|---|---|---|---|---|
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |

Remaining Balance                                             $_____ 0.00

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE