UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
PAWEL HARDEJ § Case No. 13-00627
 §
 Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/01/2015 in Courtroom 615,
U.S. Bankrptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2015    By: /s/ Gregg Szilagyi
                                         Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAWEL HARDEJ | § | Case No. 13-00627 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 4,554.46 |
| leaving a balance on hand of[1] | $ | 20,445.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: Kamenear Kadison Shapiro & Craig | $ 8,943.00 | $ 0.00 | $ 8,943.00 |
| Attorney for Trustee Expenses: Kamenear Kadison Shapiro & Craig | $ 1,317.75 | $ 0.00 | $ 1,317.75 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 925.00 | $ 0.00 | $ 925.00 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 14,695.75 |
| Remaining Balance | | $ | 5,749.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 148,706.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Jolanata Dominik-Hardej | $ 148,706.76 | $ 0.00 | $ 5,749.79 |
| | Total to be paid to priority creditors | | | $ 5,749.79 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,755,120.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Scott Casty | $ 2,300,077.21 | $ 0.00 | $ 0.00 |
| 2 | Acura Financial Services | $ 2,779.67 | $ 0.00 | $ 0.00 |
| 4 | Tri State Adjustments | $ 132.23 | $ 0.00 | $ 0.00 |
| 5 | Tri State Adjustments | $ 72.48 | $ 0.00 | $ 0.00 |
| 7 | Fsb American Express Bank | $ 35,308.58 | $ 0.00 | $ 0.00 |
| 8 | Albany Bank & Trust Company, Na | $ 143,250.00 | $ 0.00 | $ 0.00 |
| 9 | Fidelity National Title Insurance Company | $ 273,500.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                      Case No. 13-00627-JSB
Pawel Hardej                                                                Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: nmolina                Page 1 of 3                  Date Rcvd: Oct 30, 2015
                               Form ID: pdf006              Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2015.
db            +Pawel Hardej,    1431 West Wrightwood,    Lower Level,    Chicago, IL 60614-1121
aty           +Kamenear Kadison Shapiro & Craig,     Kamenear Kadison Shapiro & Craig,
                20 North Clark Street Suite 2200,    Chicago, IL 60602-5113
aty           +Thomas Craig, M,    KAMENEAR KADISON SHAPIRO & CRAIG,     20 North Clark Street, Suite 2200,
                Chicago, IL 60602-5113
19893007       4949-5001 W. Oakton Reside,     c/o Larson & Associates PC,    230 W. Montrose Suite 2220,
                Chicago, IL 60613
19893008       Aero Forms LLC,    c/o Just Greens LLC,    1114 Hanshaw Road,    Ithaca, NY 14850-2744
19893009      +AeroForms LLC,    c/o Just Greens LLC,    1114 Hanshaw Road,    Ithaca, NY 14850-2744
19893010      +Albany Bank & Trust Company, NA,     Albany Bank,   Brenda Helms,    3400 W Lawrence Ave,
                Chicago, IL 60625-5104
19960732       American Express Bank FSB,     c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
19893013      +Ampat Kurien,    4100 N. Kimball,    Chicago, IL 60618-2308
19893014      +Amtrust Bank,    c/o Pugh Jones Johnson Quandt,    180 N. LaSalle Suite 3400,
                Chicago, IL 60601-2807
19893015      +Applegate & Thorne Thomsen,     626 W. Jackson Blvd,   Suite 400,    Chicago, IL 60661-5673
19893016      +Arose Associates,    c/o Gordon Rappold LLC,    20 S. Clark Street,    Chicago, IL 60603-1802
22710275     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     4161 Piedmont Pkwy,    NC4-105-02-99,
                Greensboro, NC 27410)
19893017      +Bank Financial,    15W060 North Frontage Road,    Willowbrook, IL 60527-6928
19893019       Bank of America,    PO Box 45144,    Jacksonville, FL 32332
19893020      +Belmont Lofts,    c/o Ashen Deborah Sue,    205 W. Randolph Suite 1220,    Chicago, IL 60606-1829
21861912     ++CITIMORTGAGE,    5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,    ATTENTION MC0023,
                FREDERICK MD 21703-8502
              (address filed with court: CITIMORTGAGE, INC.,     5280 CORPORATE DRIVE,    FREDRICK, MD 21703)
19893021      +Case Court Condominium Association,     c/o Keay David H,    128 S. County Farm Road,
                Wheaton, IL 60187-2400
19893022      +Casty Scott,    c/o Pokorny Marks LLC,    6 W. Hubbard Suite 800,    Chicago, IL 60654-4636
19893023      +Ceasar Szopinski,    4159 North Dickenson,    Chicago, IL 60641-1712
19893025      +Chase Bank,    PO Box 29550,    Phoenix, AZ 85038-9550
19893026      +Citimortgage,    c/o Ira T. Nevel,    175 N. Franklin Suite 201,    Chicago, IL 60606-1847
19893027      +Coda LPW LLC,    c/o Ashman & Stein,    150 N. Wacker Drive Suite 3000,    Chicago, IL 60606-1610
19893028      +Cole Taylor Bank,    c/o Latimer LeVay Jurasek LLC,    55 W. Monroe,    Chicago, IL 60603-5128
19893030      +Credit Control Bureau,    5300 S. 6th Street,    Springfield, IL 62703-5184
19893031      +Credit Protection,    P.O. Box 802068,    Dallas, TX 75380-2068
19893032      +Dahl Bonadies,    30 N. Lasalle,    Chicago, IL 60602-2590
19893033      +Daniel Dvorkin,    1 Transman Plaza,    Villa Park, IL 60181-4286
19893034      +Dvorkin Holdings LLC,    1 Transam Plaza,    Villa Park, IL 60181-4286
19893036      +Essex Insurance Company,    c/o Clausen Miller Gorman,    10 S. LaSalle,    Chicago, IL 60603-1002
19893035      +Essex Insurance Company,    c/o Clausen Miller Gorman Etc,    10 S. LaSalle,
                Chicago, IL 60603-1002
19893037       Fidelity National Title Company,     c/o Larson & Associates PC,    230 W. Montrose Suite 220,
                Chicago, IL 60613
22827795      +Fidelity National Title Insurance Company,     c/o Yousef Sarandah,    Fidelity National Law Group,
                10 S. LaSalle Street, Suite 2750,    Chicago, IL 60603-1108
19893038      +First Commercial Bank,    6945 N. Clark Street,    Chicago, IL 60626-3298
19893039      +Flats Lasalle,    c/o Levenfeld Pearlstein Glas,    2 N. LaSalle 13th Floor,
                Chicago, IL 60602-3709
19893040     #+Gabelev Jan,    c/o Robins & Associates LTD,    33 N. Dearborn Suite 500,
                Chicago, IL 60602-3960
19893041      +Guaranty Title Company,    36 W. Randolph Street,    Suite 800,    Chicago, IL 60601-3510
19893042      +Harris,    c/o Ehrenberg & Egan LLC,    330 N. Wabash Suite 2905,    Chicago, IL 60611-7606
19893043      +Harris Bank NA,    c/o Kamm Shapiro & Blumenth,    17 N. State, Suite 990,
                Chicago, IL 60602-3569
19893045      +Illinois Attorney General,    General Law Bureau,    100 W. Randolph Street, 13th Floor,
                Chicago, IL 60601-3397
19893044       Illinois Attorney General,    Attn: Sandy Sobenes,    100 E. Randolph, 13th Floor,
                Chicago, IL 60601
19893050      +JP Morgan Chase Bank,    c/o Codilis & Associates,    15W030 N. Forntage Road Suite 100,
                Willowbrook, IL 60527-6921
19893047      +Jolanata Dominik-Hardej,    1431 West Wrightwood Avenue,    Chicago, IL 60614-1121
19893048      +Jolanata Hardej,    c/o Fink Angela,    130 S. Jefferson Street,    Chicago, IL 60661-3687
19893049      +Joseph Cacciatore,    527 S. Wells Street,    Chicago, IL 60607-3922
19893052      +Lakeside Bank,    c/o Cacciatore Victor,    527 S. Wells,    Chicago, IL 60607-3928
19893053      +Lawrence, Morris & Maldonado,    2835 North Sheffield Avenue,     Suite 232,
                Chicago, IL 60657-9213
19893054       Metropolitan Bank and Trust,    c/o Martin & Karcazes Ltd,    161 N. LaSalle Suite 500,
                Chicago, IL 60601
19893057      +PPKS Architects Ltd,    c/o Hinshaw Culbertson,    222 N. LaSalle Suite 300,
                Chicago, IL 60601-1013
19893055      +People State Illinois,    c/o Attorney Generals Office Sandy,    100 W. Randolph 13-194,
                Chicago, IL 60601-3218
```

```
District/off: 0752-1          User: nmolina              Page 2 of 3                Date Rcvd: Oct 30, 2015
                              Form ID: pdf006            Total Noticed: 69


19893056      +Peoples National Bank,    c/oGreensfelder Hemker Gale,    200 W. Madison Street,
                Chicago, IL 60606-3414
19893058      +Prairie Steel Construction,    c/o Suizzo Anthony,    1701 East Lake Avenue S,
                Glenview, IL 60025-2065
19893059      +RBS Citizens National Association,    c/o Lupel Weininger LLP,    30 N. LaSalle Street,
                Chicago, IL 60602-2590
19893060      +Riley Waldrop LLC,    1430 Washington Avenue,    Suite 201,    Saint Louis, MO 63103-2029
19893061      +Sandannah Group LLC,    c/o Hipp Thomas U,    1026 Prairie,    Aurora, IL 60506-5429
19893062       Schiff Hardin,    6600 Sears Tower,    Chicago, IL 60606
22539956      +Scott Casty,    Pokorny & Marks, LLC,    Attn: Spencer Marks,    6 West Hubbard Street, Ste 700,
                Chicago, IL 60654-4616
19893063      +Steven Kolber,    2275 Half Day Raod,    Deerfield, IL 60015-1217
19893064      +Supera Michael Family Lim,    c/o Wildman Harrold Allen,    225 W. Wacker Suite 2800,
                Chicago, IL 60606-1228
19893065      +Trage Brothers Inc,    c/o Ciardelli & Cummings,    203 N. Wabash Suite 1410,
                Chicago, IL 60601-2415
19893066      +Tri State Adjustments,    PO Box 882,    Freeport, IL 61032-0882
19893067      +Tribune Company,    c/o Rottner Jack H,    PO Box 10417,    Chicago, IL 60610-0417
19893068      +Wojciechowska Bozena,    c/o Schachter Jerome Associates,    9933 N Lawler Suite 100,
                Skokie, IL 60077-3704
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19893012       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 31 2015 00:50:51      American Honda Financial,
                2170 Point Blvd,    Suite 100,    Elgin, IL 60123
22549252       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 31 2015 00:50:51      Acura Financial Services,
                P.O. Box 168088,    Irving, TX 75016-8088
19893011      +E-mail/Text: mmeyers@blittandgaines.com Oct 31 2015 00:51:53      American Express,
                c/o Blitt and Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19893024      +E-mail/Text: bankruptcy@arvest.com Oct 31 2015 00:50:58      Central Mortgage,
                1510 Main Street,    Little Rock, AR 72202-5038
19893029      +E-mail/Text: legalcollections@comed.com Oct 31 2015 00:51:43      Commonwealth Edison,
                Bankruptcy Dept.,    2100 Swift Drive,    Oak Brook, IL 60523-1559
19893051      +E-mail/Text: rita.robles@key.com Oct 31 2015 00:50:07      Key Equipment,
                11030 Cicle Point Drive,    Suite 200,    Broomfield, CO 80020-2775
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19893046       Joanne Latham,    Unknown
22773126*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19893018     ##+Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
                                                                                  TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
              Ariel Weissberg    on behalf of Defendant Pawel  Hardej ariel@weissberglaw.com,
               Hava@weissberglaw.com;victor@weissberglaw.com;ro@weissberglaw.com;rakesh@weissberglaw.com;paraleg
               al@weissberglaw.com;ewa@weissberglaw.com;Edward@weissberglaw.com
```

```
District/off: 0752-1          User: nmolina              Page 3 of 3               Date Rcvd: Oct 30, 2015
                              Form ID: pdf006            Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Eileen M Sethna   on behalf of Creditor   North Community Bank, as successor in interest to Metrobank f/k/a Citizens Community Bank of Illinois, by merger and consolidation, successor in interest to Metropolitan Bank and Trust Company, by mer esethna@chuhak.com,   rsaldivar@chuhak.com

        Gregg  Szilagyi   gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com

        Jeffrey W Finke   on behalf of Creditor   Albany Bank and Trust Company, N.A. jwfinke@mindspring.com

        Jeffrey W Finke   on behalf of Plaintiff   Albany Bank and Trust Company, N.A. jwfinke@mindspring.com

        Joel H Shapiro   on behalf of Trustee Gregg  Szilagyi jshapiro@kksclaw.com

        M. Eryk  Nowicki   on behalf of Attorney M. Eryk  Nowicki menowicki@menolaw.com, jzelazna@menolaw.com

        Miriam R. Stein   on behalf of Creditor   North Community Bank, as successor in interest to Metrobank f/k/a Citizens Community Bank of Illinois, by merger and consolidation, successor in interest to Metropolitan Bank and Trust Company, by mer mstein@chuhak.com,   dgeorge@chuhak.com

        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        Peter C Bastianen   on behalf of Creditor   Central Mortgage Company ND-Four@il.cslegal.com

        Timothy R Yueill   on behalf of Creditor   CITIMORTGAGE, INC. timothyy@nevellaw.com

        Todd M Wincek   on behalf of Debtor Pawel  Hardej ToddWincekEsq@gmail.com,   bandwlaw@sbcglobal.net

        TOTAL: 12