# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAWEL HARDEJ | § | Case No. 13-00627 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 15,325.00                    Assets Exempt: 4,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,749.79     Claims Discharged
                                                Without Payment: 56,034,688.77

Total Expenses of Administration: 19,250.21

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 44,207,446.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,990.21 | 19,250.21 | 19,250.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 19,000.00 | 148,706.76 | 148,706.76 | 5,749.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,910,165.63 | 2,755,120.17 | 2,755,120.17 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 53,136,611.63 | $ 2,922,817.14 | $ 2,923,077.14 | $ 25,000.00 |

4) This case was originally filed under chapter 7 on 01/08/2013 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2016          By:/s/GREGG SZILAGYI
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN METROPOLITAN DEVELOPMENT ENTERPRISES, INC. | 1229-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4949-5001 W. Oakton Reside c/o Larson & Associates PC 230 W. Montrose Suite 2220 Chicago, IL 60613 | | 2,800,000.00 | NA | NA | 0.00 |
| | American Honda Financial 2170 Point Blvd Suite 100 Elgin, IL 60123 | | 2,779.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amtrust Bank c/o Pugh Jones Johnson Quandt 180 N. LaSalle Suite 3400 Chicago, IL 60601 | | 30,272,715.00 | NA | NA | 0.00 |
| | Bank of America PO Box 45144 Jacksonville, FL 32332 | | 30,447.00 | NA | NA | 0.00 |
| | Central Mortgage 1510 Main Street Little Rock, AR 72202 | | 121,505.00 | NA | NA | 0.00 |
| | Citimortgage c/o Ira T. Nevel 175 N. Franklin Suite 201 Chicago, IL 60606 | | 1,200,000.00 | NA | NA | 0.00 |
| | Coda LPW LLC c/o Ashman & Stein 150 N. Wacker Drive Suite 3000 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Cole Taylor Bank c/o Latimer LeVay Jurasek LLC 55 W. Monroe Chicago, IL 60603 | | 1,500,000.00 | NA | NA | 0.00 |
| | Flats Lasalle c/o Levenfeld Pearlstein Glas 2 N. LaSalle 13th Floor Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Harris c/o Ehrenberg & Egan LLC 330 N. Wabash Suite 2905 Chicago, IL 60611 | | 120,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank c/o Codilis & Associates 15W030 N. Forntage Road Suite 100 Willowbrook, IL 60527 | | 50,000.00 | NA | NA | 0.00 |
| | Lakeside Bank c/o Cacciatore Victor 527 S. Wells Chicago, IL 60607 | | 5,000,000.00 | NA | NA | 0.00 |
| | Peoples National Bank c/oGreensfelder Hemker Gale 200 W. Madison Street Chicago, IL 60606 | | 2,800,000.00 | NA | NA | 0.00 |
| | PPKS Architects Ltd c/o Hinshaw Culbertson 222 N. LaSalle Suite 300 Chicago, IL 60601 | | 150,000.00 | NA | NA | 0.00 |
| | Prairie Steel Construction c/o Suizzo Anthony 1701 East Lake Avenue S Glenview, IL 60025 | | 160,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 44,207,446.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITIBANK MC | 2500-000 | NA | 4,108.00 | 4,108.00 | 4,108.00 |
| Associated Bank | 2600-000 | NA | 320.46 | 320.46 | 320.46 |
| Clerk of the U. S. Bankruptcy Court | 2700-000 | NA | 0.00 | 260.00 | 260.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 126.00 | 126.00 | 126.00 |
| Kamenear Kadison Shapiro & Craig | 3210-000 | NA | 8,943.00 | 8,943.00 | 8,943.00 |
| Kamenear Kadison Shapiro & Craig | 3220-000 | NA | 1,317.75 | 1,317.75 | 1,317.75 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 925.00 | 925.00 | 925.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,990.21 | $ 19,250.21 | $ 19,250.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jolanata Hardej;c/o Fink Angela;130 S. Jefferson Street;Chicago, IL 60661 | | 19,000.00 | NA | NA | 0.00 |
| 3 | Jolanata Dominik-Hardej | 5100-000 | NA | 148,706.76 | 148,706.76 | 5,749.79 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 19,000.00 | $ 148,706.76 | $ 148,706.76 | $ 5,749.79 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aero Forms LLC c/o Just Greens LLC 1114 Hanshaw Road Ithaca, NY 14850-2744 | | 10,000.00 | NA | NA | 0.00 |
| | Albany Bank Trust Company c/o Finke Jeffrey 55 W. Wacker Drive Suite 1400 Chicago, IL 60601 | | 115,244.00 | NA | NA | 0.00 |
| | American Express c/o Blitt and Gaines 661 Glenn Avenue Wheeling, IL 60090 | | 35,633.52 | NA | NA | 0.00 |
| | Ampat Kurien 4100 N. Kimball Chicago, IL 60618 | | 166,666.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Applegate & Thorne Thomsen 626 W. Jackson Blvd Suite 400 Chicago, IL 60661 | | 100,000.00 | NA | NA | 0.00 |
| | Arose Associates c/o Gordon Rappold LLC 20 S. Clark Street Chicago, IL 60603 | | 28,000.00 | NA | NA | 0.00 |
| | Bank Financial 15W060 North Frontage Road Willowbrook, IL 60527 | | 900,000.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15184 Wilmington, DE 19850 | | 55,000.00 | NA | NA | 0.00 |
| | Belmont Lofts c/o Ashen Deborah Sue 205 W. Randolph Suite 1220 Chicago, IL 60606 | | 1,862.00 | NA | NA | 0.00 |
| | Case Court Condominium Association c/o Keay David H 128 S. County Farm Road Wheaton, IL 60187 | | 1,351.00 | NA | NA | 0.00 |
| | Casty Scott c/o Pokorny Marks LLC 6 W. Hubbard Suite 800 Chicago, IL 60610 | | 2,300,077.00 | NA | NA | 0.00 |
| | Chase Bank PO Box 29550 Phoenix, AZ 85038 | | 42,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commonwealth Edison Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | 8,061.00 | NA | NA | 0.00 |
| | Credit Control Bureau 5300 S. 6th Street Springfield, IL 62703 | | 172.00 | NA | NA | 0.00 |
| | Credit Protection P.O. Box 802068 Dallas, TX 75380 | | 202.00 | NA | NA | 0.00 |
| | Dahl Bonadies 30 N. Lasalle Chicago, IL 60606 | | 100,000.00 | NA | NA | 0.00 |
| | Daniel Dvorkin 1 Transman Plaza Villa Park, IL 60181 | | 50,000.00 | NA | NA | 0.00 |
| | Dvorkin Holdings LLC 1 Transam Plaza Villa Park, IL 60181 | | 963,000.00 | NA | NA | 0.00 |
| | Essex Insurance Company c/o Clausen Miller Gorman 10 S. LaSalle Chicago, IL 60603 | | 50,000.00 | NA | NA | 0.00 |
| | Essex Insurance Company c/o Clausen Miller Gorman Etc 10 S. LaSalle Chicago, IL 60603 | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fidelity National Title Company c/o Larson & Associates PC 230 W. Montrose Suite 220 Chicago, IL 60613 | | 50,001.00 | NA | NA | 0.00 |
| | First Commercial Bank 6945 N. Clark Street Chicago, IL 60626 | | 100,000.00 | NA | NA | 0.00 |
| | Gabelev Jan c/o Robins & Associates LTD 33 N. Dearborn Suite 500 Chicago, IL 60602 | | 30,001.00 | NA | NA | 0.00 |
| | Guaranty Title Company 36 W. Randolph Street Suite 800 Chicago, IL 60601 | | 500,000.00 | NA | NA | 0.00 |
| | Harris Bank NA c/o Kamm Shapiro & Blumenth 17 N. State, Suite 990 Chicago, IL 60602 | | 54,502.12 | NA | NA | 0.00 |
| | Illinois Attorney General Attn: Sandy Sobenes 100 E. Randolph, 13th Floor Chicago, IL 60601 | | 6,000.00 | NA | NA | 0.00 |
| | Joanne Latham Unknown | | 333,332.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joseph Cacciatore 527 S. Wells Street Chicago, IL 60607 | | 500,000.00 | NA | NA | 0.00 |
| | Key Equipment 11030 Cicle Point Drive Suite 200 Broomfield, CO 80020 | | 27,700.00 | NA | NA | 0.00 |
| | Lawrence, Morris & Maldonado 2835 North Sheffield Avenue Suite 232 Chicago, IL 60657 | | 22,899.99 | NA | NA | 0.00 |
| | Metropolitan Bank and Trust c/o Martin & Karcazes Ltd 161 N. LaSalle Suite 500 Chicago, IL 60601 | | 200,000.00 | NA | NA | 0.00 |
| | People State Illinois c/o Attorney Generals Office Sandy 100 W. Randolph 13-194 Chicago, IL 60601 | | 245,000.00 | NA | NA | 0.00 |
| | RBS Citizens National Association c/o Lupel Weininger LLP 30 N. LaSalle Street Chicago, IL 60602 | | 622,065.00 | NA | NA | 0.00 |
| | Riley Waldrop LLC 1430 Washington Avenue Suite 201 Saint Louis, MO 63103 | | 288,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sandannah Group LLC c/o Hipp Thomas U 1026 Prairie Aurora, IL 60506 | | 7,506.00 | NA | NA | 0.00 |
| | Schiff Hardin 6600 Sears Tower Chicago, IL 60606 | | 250,000.00 | NA | NA | 0.00 |
| | Steven Kolber 2275 Half Day Raod Deerfield, IL 60015 | | 368,219.00 | NA | NA | 0.00 |
| | Supera Michael Family Lim c/o Wildman Harrold Allen 225 W. Wacker Suite 2800 Chicago, IL 60606 | | 183,333.00 | NA | NA | 0.00 |
| | Trage Brothers Inc c/o Ciardelli & Cummings 203 N. Wabash Suite 1410 Chicago, IL 60601 | | 75,284.00 | NA | NA | 0.00 |
| | Tri State Adjustment 440 Challenge Street Freeport, IL 61032 | | 72.00 | NA | NA | 0.00 |
| | Tri State Adjustment 440 Challenge Street Freeport, IL 61032 | | 132.00 | NA | NA | 0.00 |
| | Tribune Company c/o Rottner Jack H PO Box 10417 Chicago, IL 60610 | | 18,850.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wojciechowska Bozena c/o Schachter Jerome Associates 9933 N Lawler Suite 100 Skokie, IL 60077 | | 50,000.00 | NA | NA | 0.00 |
| 2 | Acura Financial Services | 7100-000 | NA | 2,779.67 | 2,779.67 | 0.00 |
| 8 | Albany Bank & Trust Company, Na | 7100-000 | NA | 143,250.00 | 143,250.00 | 0.00 |
| 9 | Fidelity National Title Insurance Company | 7100-000 | NA | 273,500.00 | 273,500.00 | 0.00 |
| 7 | Fsb American Express Bank | 7100-000 | NA | 35,308.58 | 35,308.58 | 0.00 |
| 1 | Scott Casty | 7100-000 | NA | 2,300,077.21 | 2,300,077.21 | 0.00 |
| 4 | Tri State Adjustments | 7100-000 | NA | 132.23 | 132.23 | 0.00 |
| 5 | Tri State Adjustments | 7100-000 | NA | 72.48 | 72.48 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 8,910,165.63 | $ 2,755,120.17 | $ 2,755,120.17 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-00627 | JSB | Judge: | Janet S. Baer | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | PAWEL HARDEJ | | | | Date Filed (f) or Converted (c): | 01/08/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2013 |
| For Period Ending: | 02/11/2016 | | | | Claims Bar Date: | 01/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INTEREST IN METROPOLITAN DEVELOPMENT ENTERPRISES, INC. (u) | Unknown | 0.00 | | 25,000.00 | FA |
| 2. BANK ACCOUNT - checking with TCF Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS - misc used household goods furnishings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. WEARING APPAREL - necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. INTERESTS IN INSURANCE POLICIES - term life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 6. AUTOMOBILE OR OTHER VEHICLE - 2009 VOLVO XC&) 2009 Wagon 4D | 16,725.00 | 14,325.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT - laptop computer and personal office furni | 800.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $20,025.00   $15,325.00   $25,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TFR HAS BEEN SUBMITTED AND APPROVED

Initial Projected Date of Final Report (TFR): 10/01/2015    Current Projected Date of Final Report (TFR): 10/01/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-00627 | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- |
| Case Name: | PAWEL HARDEJ | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2864 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8295 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1 | RCE2, LLC | PURCHASE OF MDE, INC | 1229-000 | $2,500.00 | | $2,500.00 |
| 10/16/14 | 1 | RCE2, LLC | PURCHASE OF MDE, INC | 1229-000 | $22,500.00 | | $25,000.00 |
| 10/21/14 | 101 | CITIBANK MC | AD IN TRIB AUCTION MART AUTHORIZED PER COURT ORDER | 2500-000 | | $4,108.00 | $20,892.00 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.59 | $20,873.41 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.03 | $20,843.38 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.99 | $20,812.39 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.94 | $20,781.45 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.91 | $20,753.54 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.85 | $20,722.69 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.82 | $20,692.87 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.76 | $20,662.11 |
| 06/10/15 | 102 | ILLINOIS DEPARTMENT OF REVENUE | TAX PAYMENT DUE | 2810-000 | | $126.00 | $20,536.11 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.64 | $20,506.47 |

Page Subtotals: $25,000.00 $4,493.53

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-00627 | Trustee Name: GREGG SZILAGYI |
| Case Name: PAWEL HARDEJ | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2864 |
| | Checking |
| Taxpayer ID No: XX-XXX8295 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.49 | $20,475.98 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.44 | $20,445.54 |
| 12/01/15 | 103 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,250.00 | $17,195.54 |
| 12/01/15 | 104 | Clerk of the U. S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, Il 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $16,935.54 |
| 12/01/15 | 105 | Kamenear Kadison Shapiro & Craig<br>20 North Clark Street<br>Suite 2200<br>Chicago, Illinois 60602 | Distribution | | | $10,260.75 | $6,674.79 |
| | | Kamenear Kadison Shapiro & Craig | Final distribution representing a payment of 100.00 % per court order.       ($8,943.00) | 3210-000 | | | |
| | | Kamenear Kadison Shapiro & Craig | Final distribution representing a payment of 100.00 % per court order.       ($1,317.75) | 3220-000 | | | |
| 12/01/15 | 106 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS  60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $925.00 | $5,749.79 |
| 12/01/15 | 107 | Jolanata Dominik-Hardej<br>1431 West Wrightwood Avenue<br>Chicago, Il 60614 | Final distribution to claim 3 representing a payment of 3.87 % per court order. | 5100-000 | | $5,749.79 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $25,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $20,506.47 |

$25,000.00 $25,000.00

Exhibit 9

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2864 - Checking | $25,000.00 | $25,000.00 | $0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals: $0.00 $0.00